# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

*Case No. CR 06-132-01ML*

**RECEIVED**
**U.S. MARSHALS SERVICE**
MAR 3 0 2007
**District of Rhode Island**
05841-070

***To:*** ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the body of **ERIC GRUNDY**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the 17th day of **April, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby c[illegible] and return that [illegible] named de[illegible] [illegible] date and time ord[illegible].
Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States Chief Judge at Providence, RI
Dated: March 30, 2007.

David A. DiMarzio, Clerk

Change of Plea Hearing

***By*** Barbara Barletta
***Barbara Barletta - Deputy Clerk***