# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

RECEIVED
U.S. MARSHALS SERVICE
APR 1 8 2007
District of Rhode Island

*Case No. CR 06-132-01ML*

*To: Warden*
*ACI*
*Cranston, RI*

YOU ARE HEREBY COMMANDED, to have the **body** of **Eric Grundy**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the 27th day of **July, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

Return unexecuted, court appearance cancelled.

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States Chief Judge at Providence, RI
Dated: April 17, 2007.

David A. DiMarzio, Clerk

Sentencing Hearing

*By* ______________________
*John Duhamel - Deputy Clerk*