UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 06-132 ML

ERIC GRUNDY

## ORDER

Defendant's Motion to Enlarge Time for Filing Objections to the Presentence Report and to Reassign Sentencing is GRANTED.

Defendant shall file his objections to the presentence report and/or sentencing memorandum on or before October 26, 2007. The sentencing hearing is rescheduled to Friday, November 9, 2007, at 10:30 a.m. in Courtroom 1.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
August 21, 2007